**Edin MUJADZIC, Plaintiff—Appellant,**

v.

**HOTEL GOVERNOR, Defendant— Appellee.**

No. 06–35279.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2006.*

Filed Oct. 17, 2006.

Edin Mujadzic, Beaverton, OR, for Plaintiff—Appellant.

Before: TASHIMA, W. FLETCHER and BERZON, Circuit Judges.

MEMORANDUM **

Upon review of the record, the opening brief and appellant's response to this court's order to show cause, we conclude that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

120

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**